UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

VERONICA GASPA

                Plaintiff,                Case No: 3:25-cv-00070-MEF-JSA

                                          Judge Michael E. Farbiarz
                                          Magistrate Judge Jessica S. Allen

                -against-

WAKEFERN FOOD CORP.,

                Defendant(s).

---

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT WAKEFERN FOOD CORP.**

---

Plaintiff Veronica Gaspa ("Plaintiff"), by counsel, and Defendant Wakefern Food Corp. ("Wakefern Food Corp."), by counsel, hereby stipulate and agree that all claims in the above-captioned action be and are hereby dismissed with prejudice, and with each party to bear its own costs and attorneys' fees.

                                                                                     Respectfully submitted,

Date: <u>July 24, 2025</u>

| */s/ Uri Horowitz* | */s/ James McGann* |
|---|---|
| Uri Horowitz, Esq. | James P. McGann, Esq. |
| Horowitz Law, PLLC | Dentons US LLP |
| 14441 70th Road | 101 JFK Parkway |
| Flushing, NY 11367 | Short Hills, NJ 07078 |
| Telephone: (718) 705-8706 | Telephone: (973)-912-7113 |
| uri@horowitzlawpllc.com | James.Mcgann@dentons.com |
| *Counsel for Veronica Gaspa* | *Counsel for Defendant Wakefern Food Corp.* |

## **CERTIFICATE OF SERVICE**

    I certify that on July 24, 2025, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                      */s/ Uri Horowitz*
                                      Uri Horowitz
                                      *Attorneys for Plaintiff*